UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL TADEO, ERNESTO VILLEGAS, and AURELIANO TLETALPA, individually and on behalf of all other persons similarly situated who were employed by ABITINO FOODS, INC. and MARIO ABITINO, individually,<br><br>　　　　　　　　　　　　　　　　　　　　Plaintiff,<br>- against –<br><br>ABITINO FOODS, INC. d/b/a ABITINO'S PIZZERIA, and MARIO ABITINO, individually,<br><br>　　　　　　　　　　　　　　　　　　　　Defendants. | Case No.: 16-cv-2432 |

**PLEASE TAKE NOTICE** that upon the Declaration of Michele A. Moreno and annexed exhibits and memorandum of law in support, the undersigned will move this Court at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, 10007, before the Honorable Paul A. Engelmayer, on a return date set by the Court, for an Order granting final approval of the settlement of this class action, along with an award for professional fees and costs and service awards, and such other relief the Court sees fit.

Dated: November 28, 2018
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Michele A. Moreno
　　　　　　　　　　　　　　　　　　　　**VIRGINIA & AMBINDER, LLP**
　　　　　　　　　　　　　　　　　　　　40 Broad Street, 7th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　　Tel: (212) 943-9080
　　　　　　　　　　　　　　　　　　　　Fax: (212) 943-9082

　　　　　　　　　　　　　　　　　　　　*For Plaintiff Class*