USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2020

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------------X<br>MIGUEL TADEO individually and on behalf of all other persons similarly situated who were employed by ABITINO FOODS, INC. and MARIO ABITINO, individually,<br><br>                                      Plaintiff,<br><br>                                 -against-<br><br>ABITINO FOODS, INC. d/b/a ABITINO'S PIZZERIA, and MARIO ABITINO, individually,<br><br>                                      Defendants.<br>-------------------------------------------------------------------X | **ORDER CONVERTING STATUS CONFERENCE TO TELEPHONE CONFERENCE**<br><br>1:16-cv-02432 (PAE) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Status Conference in this matter scheduled for **Tuesday, March 16, 2020 at 11:30 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

      SO ORDERED.

Dated: March 11, 2020
       New York, New York

                                                          _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge