# Virginia & Ambinder, LLP

**Invoice submitted to:**
Abitinos Pizza

40 Broad Street
7th Floor
New York, NY 10004

June 9, 2020

Invoice #15167

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/19/2019 | IC | Telephone conference with MM in regard money delay/ scan documents send them to NA brief Office conf w/NA in regard the same | 0.20 | |
| 4/9/2019 | IC | Email message from/to and re: to MM includes email to client | 0.30 | |
| 4/12/2019 | IC | Telephone conference with vm to Aureliano in regard status of the case | 0.10 | |
| 4/23/2019 | MM | Email D counsel re late settlement payments | 0.10 | |
| 4/24/2019 | MM | Draft motion to enforce settlement; perform legal research re same; office conf w/ IC re client questions | 2.00 | |
|  | IC | Telephone conference with client Aureliano, Office conf w/MM and JM / additional call to client and Office conf w/MM | 0.70 | |
| 4/26/2019 | IC | Email message from/to and re: to client ernesto | 0.10 | |
| 5/1/2019 | IC | Email message from/to and re: translation of email sent by Ernesto. includes draft email for MM | 0.30 | |
| 5/7/2019 | MM | Email IC responding to client questions re late settlement payments; email to D counsel re late payments | 0.30 | |
| 5/8/2019 | IC | Email message from/to and re: client Ernest/ traduccion of email to client | 0.60 | |
| 5/13/2019 | MM | Draft motion to enforce settlement | 1.40 | |
| 5/15/2019 | MM | Email D counsel re outstanding settlement | 0.10 | |
|  | MM | Draft motion to enforce settlement and send to MN for filing | 0.20 | |
|  | MN | Efiled Motion to Enforce Settlement Agreement | 0.20 | |
| 5/16/2019 | MM | Call ECF help desk re motion to enforce settlement issues | 0.20 | |
|  | MN | Docket re: downloaded, named and saved 2019-5-16 Order Scheduling Status Conf | 0.10 | |
|  | MN | Calendar re: 5/30 Status Conf | 0.10 | |
|  | MN | Redacted confidential information from MOL; emailed MM re same | 0.20 | |
|  | MN | Efiled redacted MOL for Motion to Enforce Settlement Agreement | 0.20 | |
| 5/22/2019 | MN | Calendar re: Consulted court docket for week of 5/27 - 5/31, compared court calendar with firm calendar. Updated firm calendar after consulting docket to confirm accuracy. | 0.10 | |
| 5/24/2019 | MN | Calendar re: Consulted court docket for week of 5/27 - 5/31, contacted attorney and recorded response. | 0.10 | |
| 5/30/2019 | JM | Court conf. re: failure to timely pay | 3.30 | |
|  | MN | Calendar re: 7/24 Status Conf | 0.10 | |
| 6/4/2019 | MM | Telephone conf w/ IC and client re status of unpaid settlement | 0.20 | |
|  | IC | Telephone conference with Aureliano in regard status of the case, includes Office conf w/MM | 0.30 | |
| 6/6/2019 | IN | scan/save of discovery documents | 1.20 | |
| 7/19/2019 | MN | Calendar re: Consulted court docket for week of 7/22 - 7/26, compared court calendar with firm calendar. Updated firm calendar after consulting docket to confirm accuracy. Contacted attorney and recorded response. | 0.20 | |
| 7/22/2019 | IN | scan/save/file of returned mail | 0.10 | |
|  | IC | Telephone conference with JM and email to Ernesto | 0.20 | |
| 7/24/2019 | MM | Email IC update on status of case/settlement payments | 0.10 | |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/24/2019 | JM | Court conference re: status of payment | 1.80 | |
| | MN | Calendar re: 9/26 Status Conference | 0.10 | |
| 8/2/2019 | IC | Email message from/to and re: translate information of the case to clients | 0.30 | |
| 8/14/2019 | MM | Attn to email from D counsel re allocation; email ND re creating allocation for first $5,000 payment | 0.20 | |
| 8/19/2019 | MM | Meeting with client re settlement status; email allocation to D counsel | 0.20 | |
| | IC | Client matter  re: brief meeting w/client, email to MM | 0.30 | |
| 9/11/2019 | PP | Prepared documents to be send to storage | 0.20 | |
| 9/17/2019 | MM | Email D counsel to follow up on status of payment | 0.10 | |
| | IC | Client matter re: email to Ernesto, includes Office conf w/ MM | 0.10 | |
| 9/20/2019 | MN | Calendar re: Consulted court docket for week of 9/23 - 9/27, compared court calendar with firm calendar. Updated firm calendar after consulting docket to confirm accuracy. Contacted attorney and recorded response. | 0.20 | |
| 9/23/2019 | IC | Attended office conference with MM | 0.10 | |
| 9/24/2019 | MM | Review last court order in preparation for drafting status letter; email IC re check distrubtions; email D re payment plan and conference | 0.40 | |
| 9/25/2019 | IC | Telephone conference with client Aureliano in regard checks | 0.20 | |
| 9/26/2019 | JM | Court conference w/ Magistrate Parker re: settlement payment status | 0.80 | |
| | IC | Email message from/to and re: client Ernesto in regard status of the check | 0.10 | |
| | PP | Calendar re: Date in regards to the 2019-9-26 status conf order re settlement update letter | 0.20 | |
| 9/27/2019 | AV | Assisted clients who picked up check, made a copy of ID and check. After client signature, scanned copies and sent to NA for our records | 0.20 | |
| 10/25/2019 | IC | Email message from/to and re: to client and MM | 0.20 | |
| 10/28/2019 | MM | Email to D counsel re update on settlement payments in preparation for drafting status report to Court | 0.10 | |
| 10/29/2019 | MM | Send follow up email to D counsel re status of payments in advance of drafting status report to Court | 0.10 | |
| 10/30/2019 | AV | Assisted client who picked up check, made a copy of ID and check. After client signature, scanned copies and sent to NA for our records | 0.20 | |
| | MM | Draft status letter to Court and send to JM for review; emails to D counsel; emails to/from IC re settlement checks | 0.30 | |
| | IC | Telephone conference with call to 7 clients, includes vms. Office conf w/NA and MM , and emails w/MM | 1.00 | |
| 10/31/2019 | AV | Assisted client who picked up check, made a copy of ID and check. After client signature, scanned copies and sent to NA for our records | 0.20 | |
| | AV | Called clients with information about the checks that were distributed per MM | 0.30 | |
| | MM | Revise status letter to Court based on additional payment received today and issues with bounced checks; emails to/from D counsel re same; attn to clients and bounced check concerns | 0.60 | |
| | PP | Efiled Joint Status Report | 0.30 | |
| | IC | Telephone conference with MM , call Aureliano, vm to Ernesto, email to JM and MM , (18) attempt to Miguel Tadeo but wrong phone number, vm to Segundo and to Annabelle , Luis Calle (hang up), Cesar Mendez no possible to leave vm. and able to speak with Anayelly Rosas | 0.50 | |
| 11/1/2019 | AV | Assisted client who picked up check, made a copy of ID and check. After client signature, scanned copies and sent to NA for our records | 0.20 | |
| | IC | Attended office conference with MM in regard clients / includes letters to clients, mailing process , copy , scan saved into the system email to MM | 1.00 | |

|            |    |                                                                                                                                                                  | Hours | Amount |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/4/2019  | AV | Assisted client who picked up check, made a copy of ID and check. After client signature, scanned copies and sent to NA for our records                          | 0.20  |        |
|            | AV | Billing on timeslips for Courtlink - Invoice #: EA- 830940                                                                                                       | 0.20  |        |
|            | IC | Telephone conference with Luis Calle                                                                                                                             | 0.10  |        |
| 11/5/2019  | AV | Assisted client who picked up check, made a copy of ID and check. After client signature, scanned copies and sent to NA for our records                          | 0.20  |        |
|            | MM | Meeting w/ client re settlement issues                                                                                                                           | 0.80  |        |
|            | IC | Client matter re: w/ Aureliano, and MM includes additional Office conf w/MM in regard clients contact information and email to AV NA                             | 0.60  |        |
| 11/7/2019  | MM | Attn to issue with bounced settlement checks; email D counsel re same                                                                                            | 0.20  |        |
| 11/8/2019  | IC | Office conf w/ MM, includes search for Miguel's PoA , email to the group                                                                                         | 0.60  |        |
| 11/11/2019 | AV | Assisted client who picked up check, made a copy of ID and check. After client signature, scanned copies and sent to NA for our records                          | 0.20  |        |
| 11/13/2019 | MM | Attn to issues w/ bounced settlement checks; email D counsel re same                                                                                             | 0.30  |        |
|            | IC | Email message from/to and re: emails to MM, to client Office conf w / MM/ call to Ernesto includes Office conf w/ Mm                                             | 0.50  |        |
| 11/14/2019 | MM | Attn to issues re bounced checks- emails to/from D counsel; email to VA team re tracking status of checks from clients                                           | 0.10  |        |
|            | IC | Telephone conference with  client call Luis Osorio, Office conf w/ MM (12) client coming in , Cesar Mendez, includes Office conf w/NA, MM and JM (18) call to clients, do chart, in regard checks, bounced checs etc. | 1.20  |        |
| 11/15/2019 | IC | Telephone conference with Segundo Neciosup includes emails to MM (18) emails Ernesto (12)                                                                        | 0.50  |        |
| 11/18/2019 | IC | Telephone conference with Cesar in regard checks                                                                                                                 | 0.10  |        |
| 11/19/2019 | MM | Review IC notes re client check status; draft email to D counsel updating                                                                                        | 0.30  |        |
|            | IC | Email message from/to and re: call to client Calle, to Mateo, Ernesto, emails to Ernesto and Mateo, vm to Aureliano, draft email and chart to MM                 | 0.80  |        |
| 11/20/2019 | MM | Draft status letter to Court                                                                                                                                     | 0.40  |        |
|            | IC | Email message from/to and re: MM                                                                                                                                 | 0.10  |        |
| 11/26/2019 | MM | Revise status letter to Court and send to D counsel for review                                                                                                   | 0.20  |        |
| 11/27/2019 | MM | Emails to/from D counsel re status letter and settlement payment; revise letter and file                                                                         | 0.20  |        |
| 12/2/2019  | IC | Email message from/to and re: to Ernesto and MM                                                                                                                  | 0.20  |        |
| 12/3/2019  | IN | Client matter re: met with Segundo R. Nesciosup . He picked up 2 checks.  scan/save of checks, email to NAD                                                      | 0.10  |        |
| 12/9/2019  | IN | Telephone conference with Anayelly Rosas regarding bounced check.                                                                                                | 0.10  |        |
|            | IN |  email to MM regarding  bounced check for Anayelly Rosas                                                                                                         | 0.10  |        |
| 12/10/2019 | IC | Email message from/to and re: to client and MM in regard update                                                                                                  | 0.20  |        |
| 12/11/2019 | IC | Email message from/to and re: email to MM , gather contact info from clients                                                                                     | 0.20  |        |
| 12/17/2019 | IC | Telephone conference with Aureliano and MM/ call client Luis, vm to Annabelle, and email and vm to Ernesto Villegas, includes additional Office conf w/MM and NA, call from ernesto | 0.70  |        |
| 12/18/2019 | AV | Assisted client who picked up check, made a copy of ID and check. After client signature, scanned copies and sent to NA for our records                          | 0.20  |        |
| 12/19/2019 | AV | Assisted client who picked up check, made a copy of ID and check. After client signature, scanned copies and sent to NA for our records                          | 0.20  |        |
| 12/23/2019 | MM | Call to client re repalcement check; email D counsel; make copy of check and send to ND                                                                          | 0.20  |        |
| 12/27/2019 | MM | Draft status letter to Court                                                                                                                                     | 0.20  |        |
| 1/9/2020   | IC | Attended office conference with MM in regad update                                                                                                               | 0.10  |        |
| 1/14/2020  | IC | Drafted translate email to MM from client, brief Office conf w/ MM                                                                                               | 0.40  |        |

|            |    |                                                                                                                                      | Hours | Amount |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 1/15/2020  | IC | Email message from/to and re: client Ernesto in regard email sent yesterday                                                         | 0.10  |        |
| 1/21/2020  | MM | Respond to client questions via email to IC                                                                                         | 0.40  |        |
|            | IC | Telephone conference with Cesar in regard status of the payment, additional Office conf w/ MM in regard calling client both of us   | 0.20  |        |
| 1/22/2020  | MM | Prepare for and call w/ clients                                                                                                     | 0.70  |        |
|            | IC | Telephone conference with call w/ Ernesto in regard status of the case, includs Office conf w/ MM                                   | 0.40  |        |
| 1/28/2020  | MM | Draft letter motion to request conference and update court                                                                          | 0.30  |        |
|            | IC | Attended office conference with MM about brief update                                                                                | 0.10  |        |
| 1/29/2020  | PP | Calendar re: Status Conf. Date 3/16                                                                                                 | 0.20  |        |
| 2/4/2020   | IC | Email message from/to and re: MM and to client  Ernesto                                                                              | 0.20  |        |
| 3/1/2020   | IC | Telephone conference with Luis Calle                                                                                                 | 0.20  |        |
| 3/11/2020  | PP | Calendar re: Updated Conf on 3/16 to telephone conf. per court order                                                                 | 0.20  |        |
| 3/13/2020  | MM | Draft summary of Abitino settlement proceedings and issues to date for JM in preparation for telephone conf w/ Court                 | 0.40  |        |
| 3/16/2020  | MM | Prepare for conduct telephone conf w/ Court re status of settlement issues; telephone conf w/ D counsel re same                      | 0.50  |        |
|            | IC | Email message from/to and re: MM in regard received update                                                                           | 0.10  |        |
| 3/30/2020  | IC | Telephone conference with search for update, call client, email to mm and email to AV, attention to MM email and answer              | 0.40  |        |
| 5/16/2020  | IC | Email message from/to and re: MM JM and email to client                                                                              | 0.20  |        |
| 5/18/2020  | IC | Email message from/to and re: emai to MM (6) review and translation email sent by MM , sent email to client                          | 0.80  |        |
| 5/26/2020  | MM | Draft motion for default of settlement agreement                                                                                     | 6.90  |        |
|            |    | **For professional services rendered**                                                                                              | **46.80** | **$10,427.50** |

Additional Charges :

| 3/21/2019  | $Legal Research                                  |       | 0.20  |
|            | Courtlink - Invoice #EA-805329                    |       |       |
| 3/28/2019  | $Legal Research                                   |       | 2.43  |
|            | Courtlink - Invoice #: EA- 801026                 |       |       |
| 3/29/2019  | $PACER fee                                        |       | 1.90  |
|            | Pacer Invoice #: 5741258-Q42018                   |       |       |
|            | $PACER fee                                        |       | 14.20 |
|            | Pacer Invoice #: 5731926-Q42018                   |       |       |
| 5/1/2019   | $Legal Research                                   |       | 30.18 |
|            | Lexis Nexis 3091894879                            |       |       |
|            | $Legal Research                                   |       | 17.46 |
|            | Lexis Nexis 3091894879                            |       |       |
|            | $Legal Research                                   |       | 29.99 |
|            | Lexis Nexis 3091894879                            |       |       |
| 6/3/2019   | $Legal Research                                   |       | 17.70 |
|            | Lexis Nexis - Invoice 3091991237                  |       |       |
| 6/7/2019   | $Transcript fee                                   |       | 92.46 |
|            | Southern District Repoters                        |       |       |
| 6/18/2019  | $Legal Research                                   |       | 7.58  |
|            | Lexis Nexis - Invoice 3092035129                  |       |       |
| 6/20/2019  | $Legal Research                                   |       | 0.44  |
|            | Courtlink - Invoice #: EA- 814113                 |       |       |
| 10/24/2019 | $PACER fee                                        |       | 2.40  |
|            | Pacer Fee - Invoice #5741258-Q32019               |       |       |

|  |  | Amount |
|---|---|---:|
| 1/15/2020 | $Legal Research<br>Lexis Nexis 3092232640 | 0.58 |
| 2/26/2020 | $Legal Research<br>Courtlink - Invoice #: EA- 841851 | 0.11 |
| 5/21/2020 | $Legal Research<br>LexisNexis invoice #EA-844802 | 0.37 |
|  | **Total costs** | **$218.00** |
|  | **Total amount of this bill** | **$10,645.50** |

## Attorney Summary

| Name | Hours | Rate |
|---|---:|---:|
| James Murphy | 5.90 | 450.00 |
| Michele Moreno | 7.80 | 275.00 |
| Michele Moreno | 10.90 | 250.00 |
| Ana Valerio | 2.30 | 125.00 |
| Ines Cruz | 1.70 | 200.00 |
| Ines Cruz | 13.90 | 125.00 |
| Marta Nadgorska | 1.60 | 125.00 |
| Paige Piazza | 1.10 | 125.00 |
| Iwona Ner | 1.60 | 125.00 |