**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIGUEL TADEO, *individually and on behalf of all other persons similarly situated who were employed by ABITINO FOODS, INC.*, ERNESTO VILLEGAS, *individually*, and AURELIANO TLETALPA, *individually and on behalf of all other persons who were employed by Abitino Foods, Inc.*,

                        Plaintiffs,              16 **CIVIL** 2432 (PAE)(KHP)

        -against-                **DEFAULT JUDGMENT**

ABITINO FOODS, INC. d/b/a ABITINO'S PIZZERIA and MARIO ABITINO, *individually*,
                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion & Order dated December 9, 2020, the report and recommendation is adopted and the plaintiffs' motion for a default judgment is granted. Judgment is entered in favor of plaintiffs in the amount of the remaining settlement balance $273,860.06, plus interest in the amount of $43,082.31, and attorneys' fees and costs $10,645.50.

**DATED**: New York, New York
            December 10, 2020

                                                   **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                                      **BY:** _K. Mango_____
                                                    **Deputy Clerk**