UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL TADEO et al.,

                            Plaintiffs,

-v-

ABITINO FOODS INC., et al.,

                            Defendants.

16 Civ. 2432 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    To facilitate enforcement of the settlement agreement in this case, pursuant to which several individuals who were not originally named as parties to this action entered into a court-approved agreement to resolve the claims in this case, the Clerk of Court is respectfully directed to add the following parties to the docket as defendants: Annabelle Paulino, Ivelisse Camacho, Luis Calle, Cesar Mendez, and Anayelly Rosas. The Clerk of Court is further directed to add the following party to the docket as a plaintiff: Virginia & Ambinder, LLP.

    SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 24, 2021
       New York, New York